ANTONIA FLIT DE VÁZQUEZ, demandante y apelante, *v.* WHITE STAR BUS LINE, INC. demandada y apelada.

Núm. 7085.—*Sometido:* Diciembre 23, 1935. *Resuelto:* Mayo 29, 1936.

*Juan B. Soto* y *Juan F.* Soto abogados de la apelante; *F. Fernández Cuyar*, abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

### EN MOCION DE RECONSIDERACION

Éste es un caso en que creímos que nuestra opinión, basada en el hecho de que una mujer casada no tenía causa de acción separada por los daños ocasionados a su persona, resolvía todas las cuestiones suscitadas en el mismo.

La apelante ahora insiste en que el defecto es uno de falta de capacidad y no de falta de causa de acción. Ella quizá tendría razón en ciertos casos al decir que la falta de capacidad debe plantearse en la contestación o en una excepción previa y no mediante moción de *nonsuit,* pero la pauta seguida por la jurisprudencia, incluyendo este Tribunal, ha sido que dicho defecto constituye una falta de causa de acción. *Vázquez* v. *Valdés,* 28 D.P.R. 467; *Paganini* v. *Polostrini,* 26 Cal. App. 342; *Ezell* v. *Dodson,* 60 Tex. 331.

En el presente litigio el hecho de que la demandante era una mujer casada no se desprendía claramente del cuerpo de la demanda, pero sí de la declaración jurada en apoyo de la misma, y tal hecho fué probado en el curso del juicio.

En Puerto Rico los únicos casos en que una mujer casada puede representar la sociedad de gananciales son especificados en el artículo 54 del Código de Enjuiciamiento Civil, que lee así:

"Artículo 54.—Cuando una mujer casada es parte en un litigio, necesita del concurso de su marido, excepto:

"1.—Cuando la acción ejercitada concierna a sus bienes propios, o a su derecho o pretensión a la propiedad de *homestead*, podrá demandar o ser demandada por sí sola.

"2.—Cuando la acción sea entre ella y su marido podrá demandar o ser demandada sola.

"3. Cuando esté viviendo separada o alejada de su marido, a causa de haber sido abandonada por éste, podrá demandar o ser demandada sola."

La posibilidad aducida en el tercer párrafo es tan remota que un demandante tendría que demostrar que caía dentro de ella. *Ad ea quae frequentius accidunt jura adaptantur.*

*Debe declararse sin lugar la moción.*

Los Jueces Asociados Señores Córdova Dávila y Travieso no intervinieron.